# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVIVSION

JAMES DAVIDSON
ADC #128558                                              PLAINTIFF

v.                          No. 4:17-cv-423-DPM

STATE OF ARKANSAS                                        DEFENDANT

## JUDGMENT

Davidson's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

31 July 2017